No. 5896.  BENDELOW *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 5898.  McCRAY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 5901.  FRANKLIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 5903.  WILLIAMS *v.* UNITED STATES.  C. A. 6th. Cir.  Certiorari denied.

No. 5904.  HARTMAN *v.* UNITED STATES.  C. A. 6th. Cir.  Certiorari denied.

No. 5909.  SKOLNICK *v.* WILL, U. S. DISTRICT JUDGE. C. A. 7th Cir.  Certiorari denied.

No. 5974.  WASHINGTON *v.* SUPERIOR COURT OF LOS ANGELES COUNTY ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 5976.  WELLS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 286.  ALASKA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. [For earlier order herein, see, *ante,* p. 815.]

No. 721.  TRANSIT HOMES, INC. *v.* MASTROPOLE ET UX. Sup. Ct. S. C.  Certiorari denied.  THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted and the judgment of the Supreme Court of South Carolina reversed.